UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

NORTH AMERICAN CLEARING, INC.,                Adversary Case No.: 6:08-ap-00145-KSJ

                    Debtor.
_____/

## TRUSTEE'S MOTION TO LIMIT AND RESTRICT NOTICE
## WITH RESPECT TO PROPOSED MOTION TO TREAT UNCASHED
## CHECKS AS UNCLAIMED PROPERTY PURSUANT TO 11 U.S.C. § 347(a)

Robert N. Gilbert, in his capacity as Trustee ("Trustee") for the liquidation of North American Clearing, Inc. ("NACI"), moves the Court to limit notice with respect to his proposed motion regarding uncashed checks previously delivered by the Trustee to customers of NACI. The basis for this request is that the Trustee intends to file the attached motion (Exhibit A)with respect to 121 customers who have failed to cash checks issued to them by the Trustee. The majority of these checks are for extremely small amounts, many for less than $1.00.  It will be an undue burden and expense upon the estate and the Trustee to send further notice to the affected customers with respect to any uncashed checks less than $10.00 in amount,  a limitation which would exclude 92 of the 121 checks.

WHEREFORE, the Trustee seeks to limit notice of the proposed motion to the twenty-nine (29) customers with uncashed checks exceeding $10.00, as well as those on the court approved abbreviated service list and for such other relief as if proper.

                                        /s/Hywel Leonard
                                        HYWEL LEONARD
                                        Florida Bar No. 296376
                                        Carlton Fields Jorden Burt, P.A.

hleonard@cfjblaw.com
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
*Attorneys for Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 14, 2014**, a true copy of the foregoing Trustee's Motion to Limit and Restrict Notice With Respect to Proposed Motion to Treat Uncashed Checks as Unclaimed Property Pursuant to 11 U.S.C. § 347(a) was filed using the CM/ECF system thereby serving all registered users in this case, and by U.S. Mail to the parties listed on the attached Abbreviated Service List.

*/s/Hywel Leonard*
HYWEL LEONARD
Florida Bar No. 296376

## Abbreviated Service List

Juergen Jeske
Meisenweg 12
Ratingen, 40885
Germany

Maryrose M. Heisig
130 Three Mile Island Road H.C. II
East Hampton, NY 11937

PCG Investments, LLC
 Attn: Thomas Jandt
31441 Santa Margarita Parkway #A361
Rancho Santa Margarita, CA 92688

Andiamo SA.
J Christopher Dyer
24 A Golden Palace
Panama City 0831
Panama

David D. and Dodie C. Carlton
2565 North Mountain Avenue
Claremont, CA 91711

Foundation for Protection of Animals
1201 Main Avenue, Suite 201
Durango, CO 81301

William F. & Catherine A. Gennocro Trust
 c/o William F. & Catherine A. Gennocro
219 South Shady Avenue
Houston, PA 15342

Orlando Magic
 Attn: Accounting
8701 Maitland Summit Boulevard
Orlando, FL 32810

Principal Financial Group
PO Box 8963
Wilmington, DE 9899-8963

Financial Industry Regulatory Authority
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

Apple One Employment Agency
307 Cranes Roost Blvd #1030
Altamonte Springs, FL 32701

US LEC
 c/o PAETEC
600 Willowbrook Officepark
Fairport, NY 14450

Progress Energy
 Attn: Lawrence F. Mazer,
Associate General Counsel
PO Box 1551
Raleigh, NC 27602-1551

The Boyd Becker Family Trust
 Attn: Stephen Boyd & Megan Becker
23809 Hayes Avenue
Murrieta, CA 92562

[NON-DELIVERABLE]
Jon, Jack, & Karen Lang
21346 St. Andrews Boulevard #161
Boca Raton, FL 33433

Robert A Haugen IRA
Guarantee & Trust Company
1201 Main Avenue, Suite 201
Durango, CO 81301

Zhang Junqing
No. 11 Eighth Avenue Cubao
Metro Manila
Quezon City
Philippines

Technology Partners, LLC
535 16th Street, Suite #820
Denver, CO 80202

Galleria Asset Management
1240 Blalock Road, Suite 200
Houston, TX 77055

Aspatuck Holdings, Ltd.
 Attn: Jason Meyers
127 East Neck Road
Huntington, NY 11743

Sungard Trading Systems – Brass
 c/o Bank of America
7821 Collections Center Drive
Chicago, IL 60693

Snyderburn, Rishoi & Swann
258 S. Hall Lane, Suite 420
Maitland, FL 32751

Financial Industry Regulatory Authority
 Attn: Mitchell C. Atkins, Director
2500 N. Military Trail, Suite 302
Boca Raton, FL 33431-6324

Bloomberg L.P.
731 Lexington Avenue
New York, NY 10022

National Clearing Corp.
 Attn: Scott G. Monson, Esq.
7600 Hollywood Boulevard, Suite 303
Hollywood, CA 90046

The Depository Trust Company
 Attn: Diane Brennan,
Director of Risk Management
55 Water Street, 27th Floor
New York, NY 10041-0099

Webster W. Schott
Special Account
69-37 50th Avenue
Woodside, NY 11377

Daryl Anderson
170 Dumond Drive
Laguna Beach, CA 92651

Mazel Trust
 Attn: Gary Pietruszka
5086 Avenida Hacienda
Tarzana, CA 91356

[NON-DELIVERABLE]
Egen Mobile PTE Ltd.
 Attn: Robert Rawson
15 Scotts Road #05-08
Thongteck Building 228218
Singapore

James W. Zimbler
165 Fernleaf Court
State College, PA 16801-8904

Avancent Consulting
1896 Kentucky Avenue
Winter Park, FL 32789

PMR & Associates, LLC
 Attn: Patrick M. Rost
1042 North El Camino Real #266
Encinitas, CA 92024

Joel R. Beck
2330 Scenic Highway
P.O. Box 958
Snellville GA 30078

Brokerage Computer Systems, Inc.
316 White Horse Boulevard, Suite 220
Palm Desert, CA 92211

The NASDAQ Stock Market LLC
Lockbox 10200
PO Box 8500
Philadelphia, PA 19178-0200

Quote Media
17100 E. Shea Boulevard, Suite 230
Fountain Hills, AZ 85268

Thompson Financial Securities Information
Center
PO Box 5136
Carol Stream, IL 60197-5136

~~G & G Holdings, Inc~~
~~Attn: Richard Goble~~
~~282 Snowfields Run,~~
~~Lake Mary, FL 32746~~

[NON-DELIVERABLE]
National Securities Clearing Corporation
55 Water Street, 22nd Floor
New York, NY 10041

Brokerage Computer Systems, Inc.
c/o Wirtz Hellenkamp, LLP
12760 High Bluff Drive,
San Diego CA 92130

[NON-DELIVERABLE]
Lloyds of London
One Lime Street
London, EC3M 7HA, UK

U.S. Bank
 Attn: Peggy A. Korte,
Assistant Vice President,
Broker-Dealer Division
One U.S. Bank Plaza
SL-MO-T11S
St. Louis, MO 63101

Oppenheimer & Co., Inc.
125 Broad Street
New York, NY 10004

Legent Clearing LLC
9300 Underwood Avenue, Suite 400
Omaha, NE 68114

Bruce William Barnes
Bruce W. Barnes, P.A.
28050 US Highway 19 N., Suite 408
Clearwater, FL 33761

Bruce B. Blatman
1183 Snug Harbor Drive
Casselberry, FL 32707

Folio (fn) Investments, Inc.
8000 Towers Crescent Drive
Vienna, VA 22182

Securities & Exchange Commission
Headquarters
100 F Street NE
Washington, D.C. 20549

[REMOVED PER ADDRESSEE]
Securities & Exchange Commission
New York Regional Office
 Attn: Laura V. Yeu
3 World Financial Center, Room 4300
New York, NY 10281-1022

Internal Revenue Service
Philadelphia, PA 19255-0039

Internal Revenue Service
ACS Support – Stop 5050
PO Box 219236
Kansas City, MO 64121-9236

U.S. Bank
CM-9703
St. Paul, MN 55170-9703

Seabury & Smith
Attn: TD-DC
1776 West Lake Parkway
West Des Moines, IA 50398

Penson Financial Services, Inc.
1700 Pacific Avenue, Suite 140
Dallas, TX 75201

U.S. Bank
 Attn: Heath Williams,
Assistant Vice President,
Broker Dealer & Mutual Fund Division
One U.S. Bank Plaza
SL-MO-T11S
St. Louis, MO 63101

The Reserve Fund
1250 Broadway
New York, NY 10001-3701

National Financial Services, LLC
200 Liberty Street, 5th Floor
New York, NY 10281

E*Trade Canada Securities Corp.
60 Yonge Street, Suite 1200
Toronto, ON M5E 1H5
Canada

E*Trade Capital Markets, LLC
440 South Lasalle Street, Suite 3030
Chicago, IL 60605

First Southwest Company
325 North St. Paul Street, Suite 800
Dallas, TX 75201

Securities & Exchange Commission
 Attn: Brian Barry
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Securities & Exchange Commission
 Attn: Salvatore Massa
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Internal Revenue Service
Ogden, UT 84201-0039

Internal Revenue Service
Special Procedures Staff
PO Box 35045
Jacksonville, FL 32202

Merrill Lynch, Pierce, Fenner & Smith, Inc.
101 Hudson Street, 12th Floor
Jersey City, NY 07302

Seabury & Smith
1255 23rd Street NW, Suite 300
Washington, D.C. 20037

[NON-DELIVERABLE]
Penson Financial Services, Inc.
8080 N. Central Expressway, Suite 1010
Dallas, TX 75206

U.S. Bancorp
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

LEK Securities Corporation
140 Broadway, 29th Floor
New York, NY 10005

Pershing LLC
One Pershing Plaza
Jersey City, NJ 07399

Financial Industry Regulatory Authority
Attn: Mark Dauer, 1100 Poydras Street,
Energy Centre, Suite 850
New Orleans, LA 70163-1108

Goldman Sachs Execution & Clearing, L.P.
30 Hudson Street
Jersey City, NJ 07302-4699

Scottrade, Inc.
12855 Flushing Meadow Drive
St. Louis, MO 63131-0759

Securities & Exchange Commission
 Attn: David Nelson, Regional Director
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Securities & Exchange Commission
 Attn: Scott A. Masel
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Internal Revenue Service
Enterprise Computing Center – Martinsburg
240 Murall Drive
Kearneysville, WV 25430

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19144-0326

United States Attorneys Office
  Attn: Roger B. Handberg,
Assistant United States Attorney
501 West Church Street, Suite 300
Orlando, FL 32805

United States Attorneys Office
  Attn: Robert Mosakowski,
Assistant United States Attorney
400 North Tampa Street, Suite 3200
Tampa, FL 33602

United States Attorneys Office
  Attn: Ronald Henry,
Assistant United States Attorney
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270

United States Attorneys Office
  Attn: Douglas L. Malloy,
Assistant United States Attorney
2110 First Street, Suite 3-137
Fort Myers, FL 33901

United States Attorneys Office
  Attn: Samuel Armstrong,
Assistant United States Attorney
108 North Magnolia Avenue, Suite 701
Ocala, FL 34475

United States Attorneys Office Headquarters
Judiciary Center Building
555 Fourth Street, NW
Washington, D.C. 20530

Florida Dept. of Financial Services
Division of Worker's Compensation
200 East Gaines Street
Tallahassee, FL 32399-0300

Florida Dept. of Financial Services
Office of Financial Regulation
200 East Gaines Street
Tallahassee, FL 32399-0370

Executive Office for United States Attorney
United States Department of Justice
950 Pennsylvania Avenue, NW, Room 2242
Washington, D.C. 20530

Florida Department of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Florida Department of Revenue
  Attn: Vivian Youngblood,
General Tax Administrative Program
2301 Maitland Center Parkway, Suite 160
Maitland, FL 32751-4192

New York State
Department of Taxation and Finance
  Attn: Office of Counsel
W. A. Harriman Campus Building 9
Albany, NY 12227

New York State
Department of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

New York State
Department of Labor
W. A. Harriman Campus Building 12
Albany, NY 12240

New York State
Workers' Compensation Board
20 Park Street
Albany, NY 12207

State of Illinois
Department of Employment Security
527 S. Wells
Chicago, IL 60607-3922

Ontario Securities Commission
20 Queens Street West, Suite 1903
Toronto, ON  M5H 3S8
Canada

Department of Veterans Affairs
Health Eligibility Center
Income Verification Division
2957 Clairmont Road, Suite 200
Atlanta, GA  30329-1647

State of California
Department of Industrial Relations
Division of Workers' Compensation
1515 Clay Street, 17th  Floor
Oakland, CA  94612

Eric Lee, Esq.
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401,
Boca Raton FL 33431

Richard Goble
282 Snowfields Run,
Lake Mary, FL 32746

Timothy J. Ward
208 Debary Drive
Debary, FL 32713

Peter J. Anderson,
Receiver for North American Clearing, Inc.
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, GA 30309-3996

Michael K. Freedman
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, GA  30309-3996

Keith J. Barnett
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, GA  30309-3996

Olga Greenberg
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, GA  30309-3996

James A. Bertron, Jr.
Sutherland, Asbill & Brennan, LLP
3600 Maclay Boulevard South, Suite 202
Tallahassee, FL  32312-1267

Carl Francis Schoeppl, Esq.
Schoeppl & Burke, P.A.
4651 North Federal Hwy
Boca Raton FL 33431-5133

Josephine Wang
Securities Investor Protection Corporation
805 – 15th Street, NW, Suite 800
Washington, D.C. 20005-2215

Michael Roy Fugler & Associates
13661 Perdido Key Drive,
Suite PH1
Perdido Key, Fl 32507

Shukla Financial Services, Inc.
  Attn: Bipen Shukla
3 Kelsey Avenue
West Paterson, NJ  07424

Marquis Financial Services, Inc.
  Attn: Kenneth G. Eade, Esq.
190 N Canon Drive, Suite 420
Beverly Hills, CA  90210

Richard Goble
1385 West State Road 434, Suite 102
Longwood, FL 32750

Philip Bartlett
The Bartlett Law Firm, P.A.
230 East Marks Street
Orlando, FL 32803

G & G Holdings, Inc
  Attn: Richard Goble
1385 West State Road 434, Suite 102
Longwood, FL 32750