UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Chapter 11

NORTH AMERICAN CLEARING, INC.,                 Adversary Case No.: 6:08-ap-00145-KSJ

                    Debtor.
_____/

## TRUSTEE'S PROPOSED MOTION TO
## TREAT UNCASHED CUSTOMER CHECKS AS
## UNCLAIMED PROPERTY PURSUANT TO 11 U.S.C. § 347(a)

Robert N. Gilbert, in his capacity as Trustee ("Trustee") for the Liquidation of North American Clearing, Inc. ("NACI"), moves the Court for an authority to deposit funds representing uncashed customer checks into the Court in accordance with 11 U.S.C. § 347(a). The basis for this motion is as follows:

1.    This motion applies to the "class" of customers who were entitled to receive funds advanced by SIPC. No further distributions will be made to the "class" of customers affected by this motion. This motion does not apply to the claims of brokers, dealers or insiders, because they are not entitled to receive funds advanced by SIPC.

2.    During 2009, the Trustee issued checks to a large number of creditors with allowed customer claims who were entitled to receive funds advanced by SIPC. However, some customers failed to cash their checks.

3.    In May 2013, the Trustee's staff mailed letters to 139 customers with allowed claims who had failed to deposit their checks. Seventeen (17) customers responded with requests that their checks be re-issued. Re-issued checks, dated June 30, 2013, were sent to those customers. However, four of those customers again failed to deposit their re-issued checks.

**EXHIBIT A**

4.     One customer who did not respond to the May 2013 correspondence failed to deposit a large check (in excess of $18,000.00). Because of the amount involved, additional efforts were made to communicate with that customer and a replacement check has now been re-issued to and cashed by that customer.

5.     This leaves one hundred and twenty one (121) customers with allowed claims who have failed to deposit their checks from Trustee and who have failed to respond to the May 2013 follow up correspondence. In addition, there are the four (4) customers who have failed to deposit re-issued checks.

6.     Attached is a chart identifying the one hundred and twenty five affected customers who have failed to cash either their original check or their re-issued check. The chart also shows the amount of the uncashed check for each customer. Most of the uncashed checks were for very small amounts. The total of the uncashed checks is only $2,286.75. As such, it makes no economic sense of the Trustee and his staff to continue to spend further time and effort seeking to contact these customers.

7.     The Trustee seeks authority to deposit the funds represented by the uncashed checks with the Clerk of this Court for disposition in accordance with Chapter 129 of Title 28. See 11 U.S.C. § 347(a).

WHEREFORE, the Trustee seeks entry of an order authorizing the Trustee to deposit these funds with the Clerk of the Court and for such other relief as is proper.

*PROPOSED*
HYWEL LEONARD
Florida Bar No. 296376
Carlton Fields Jorden Burt, P.A.
hleonard@cfjblaw.com
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile:  (813) 229-4133
*Attorneys for Trustee*

**Robert N. Gilbert Trustee**
**North American Clearing, Inc.**
**Wells Fargo - Account #**

| Check Number | Check Date | Payee | Stop Payment & Re-Issue | Re-Issue Check # | Amount Due |
|---|---|---|---|---|---|
| 1284 | 9-Jan-09 | CLIFFORD MEAUX | | | 4.16 |
| 1536 | 8-Apr-09 | MICHAEL N. SAYRE  IRA | 25.25 | 2437 | |
| 1550 | 8-Apr-09 | CAROL A JOYCE | | | 3.53 |
| 1669 | 10-Jun-09 | MINA V PATEL - IRA | | | 35.00 |
| 1670 | 10-Jun-09 | VIRAM J PATEL - IRA | | | 77.51 |
| 1846 | 21-Aug-09 | MOTOKO KAMIYAMA | | | 0.15 |
| 1913 | 8-Dec-09 | JACK HELLE | | | 109.36 |
| 1917 | 8-Dec-09 | LAUREN DENISE SCHAEFER  REG IRA | | | 2.50 |
| 1921 | 8-Dec-09 | D. VIENNA CUST FOR C. VIENNA | | | 0.64 |
| 1929 | 8-Dec-09 | ROBERT E STAUB II | 14.30 | 2447 | |
| 1941 | 8-Dec-09 | THE BOSPHOROUS GROUP INC. | | | 0.01 |
| 1942 | 8-Dec-09 | DANIEL J. MCCLORY | | | 0.02 |
| 1943 | 8-Dec-09 | THE WHITESTONE TRUST | | | 0.01 |
| 1947 | 8-Dec-09 | MANNINGTON FINANCE LTD | | | 0.08 |
| 1948 | 8-Dec-09 | WTWC INCORPORATED | | | 0.01 |
| 1949 | 8-Dec-09 | SPECIAL OPPORTUNITY FUND, LLC | | | 0.10 |
| 1950 | 8-Dec-09 | GEORGE MALASEK | | | 0.02 |
| 1953 | 8-Dec-09 | SAM MAYWOOD & DAWN MAYWOOD JTWROS | | | 0.02 |
| 1955 | 8-Dec-09 | BRUCE DAVIDSON ITF RYAN & DYLA DAVIDSON | | | 0.01 |
| 1958 | 8-Dec-09 | ADAM LEVIN | | | 0.53 |
| 1962 | 8-Dec-09 | QUANTUM NETWORK SERVICE INC. | | | 0.08 |
| 1963 | 8-Dec-09 | DALTON LOTT ROTH IRA | | | 0.01 |
| 1964 | 8-Dec-09 | THE MONEY PEOPLE, INC. | | | 0.13 |
| 1965 | 8-Dec-09 | MILO VALENTI | | | 0.02 |
| 1973 | 8-Dec-09 | RONALD L STOLL & CONSTANCE STOLL JTWROS | | | 0.30 |
| 1977 | 8-Dec-09 | EMIZIA FRANCOIS | | | 1.30 |
| 1980 | 8-Dec-09 | MARK R VOGEL IRA | 35.00 | 2449 | |

| 1983 | 8-Dec-09 | DOUGLAS E. DILLEY IRA REG | 108.72 |
| 1984 | 8-Dec-09 | JOHN A. YAKOB | 154.00 |
| 1988 | 8-Dec-09 | CARL DRURY | 0.01 |
| 1993 | 8-Dec-09 | JONATHAN R. TALBOT | 5.00 |
| 1996 | 8-Dec-09 | ONE SOURCE HOLDING, LLC | 5.00 |
| 1997 | 8-Dec-09 | MARKUS E. PEET IRA REG | 0.04 |
| 2008 | 9-Dec-09 | ANDERS B AADLAND | 5.00 |
| 2012 | 9-Dec-09 | HAMED NASSERI | 0.02 |
| 2013 | 9-Dec-09 | MALIHA NASSERI | 0.01 |
| 2014 | 9-Dec-09 | RONALD F KAUFMAN | 0.20 |
| 2016 | 9-Dec-09 | SCOTT E. POLLACK | 1.28 |
| 2018 | 9-Dec-09 | MARK COLLINS | 180.86 |
| 2022 | 9-Dec-09 | U.S. FINANCIAL AGENCY, LLC. | 0.02 |
| 2024 | 9-Dec-09 | REBECA I MOLINA | 0.01 |
| 2030 | 9-Dec-09 | CHARLES L MCGHEE | 15.40 |
| 2033 | 9-Dec-09 | WEST HIGHTOWER | 4.59 |
| 2034 | 9-Dec-09 | PEDRO O CRUZ | 1.53 |
| 2035 | 9-Dec-09 | KATHY LEE RIGGS | 0.27 |
| 2037 | 9-Dec-09 | MAYANK B DESAI & URMILA M DESAI | 46.50 |
| 2039 | 9-Dec-09 | BEN BEAZLEY& MELANIE BEAZLEY JTWROS | 0.36 |
| 2042 | 9-Dec-09 | MOTOKO KAMIYAMA ROTH IRA | 4.51 |
| 2054 | 9-Dec-09 | JIM PEREIRA | 80.27 |
| 2073 | 9-Dec-09 | JOHN J. DAOUD | 0.04 |
| 2074 | 9-Dec-09 | DAVE L. REINAGEL | 0.42 |
| 2080 | 9-Dec-09 | JEFFREY LANTZ | 23.75 |
| 2084 | 9-Dec-09 | ROBERT J WOLFFE | 0.10 |
| 2085 | 9-Dec-09 | JONATHAN W TOLEDO | 0.77 |
| 2088 | 9-Dec-09 | BISHOP BROS. | 0.01 |
| 2089 | 9-Dec-09 | RICK T LINDSTROM | 0.06 |
| 2092 | 9-Dec-09 | JOHN M CULLEN | 0.02 |
| 2097 | 9-Dec-09 | LAWRENCE NIENHOUSE | 0.04 |
| 2098 | 9-Dec-09 | BROOKS DUNCAN | 0.02 |
| 2104 | 10-Dec-09 | ROBERT LACONTE AS CUST FOR ARIANA LACONTE | 0.04 |
| 2105 | 10-Dec-09 | ROBERT LACONTE AS CUST FOR ROBERT LACONTE | 0.12 |

| 2109 | 10-Dec-09 | DAVID STICH IRA | 0.17 |
|------|-----------|-----------------|------|
| 2110 | 10-Dec-09 | L.A. HAUSKINS | 0.05 |
| 2113 | 10-Dec-09 | JAMES E. BYRN IRA | 0.07 |
| 2116 | 10-Dec-09 | ADAM RYBOWICZ | 2.47 |
| 2121 | 10-Dec-09 | ORVIN SCHNEBLY | 7.53 |
| 2126 | 10-Dec-09 | KENNETH BONDURANT | 0.04 |
| 2131 | 10-Dec-09 | ASTHMA & ALLERGY CLINIC LLC. | 0.01 |
| 2132 | 10-Dec-09 | TERRENCE P. & ELIZABETH M. RHONE JTWROS | 0.01 |
| 2133 | 10-Dec-09 | C. MORGAN KEE | 30.00 |
| 2139 | 10-Dec-09 | JACK PIERSON | 0.04 |
| 2141 | 10-Dec-09 | GEORGE M. RAPIER | 0.04 |
| 2142 | 10-Dec-09 | PHILIP N. WILLIAMS | 0.20 |
| 2150 | 10-Dec-09 | GARY P. EVANS IRA | 0.18 |
| 2151 | 10-Dec-09 | BARBARA J. & BRIAN CRAWFORD JTWROS | 0.01 |
| 2152 | 10-Dec-09 | ELLIOT SHAPIRO | 0.01 |
| 2157 | 10-Dec-09 | JOHN W JACKSON | 8.49 |
| 2172 | 10-Dec-09 | CAROLYN OSBORNE IRA | 25.00 |
| 2175 | 10-Dec-09 | DAVID MARTIN AGUILAR | 0.02 |
| 2177 | 10-Dec-09 | DALE CRANDALL | 11.36 |
| 2178 | 10-Dec-09 | ROBERT W ROSEMARIE MEYLER JTWROS | 2.25 |
| 2179 | 10-Dec-09 | CHARLES THAMM & JUNELL THAMM JTWROS | 3.25 |
| 2185 | 10-Dec-09 | CHRISTOPHER MACEY | 90.00 |
| 2186 | 10-Dec-09 | KEITH J. SMITH | 25.00 |
| 2191 | 10-Dec-09 | COMPAS PTY LTD | 58.93 |
| 2192 | 10-Dec-09 | EASOM NOMINEES | 112.75 |
| 2195 | 10-Dec-09 | ANDREW HILL & SHIRLEY HILL JTWROS | 6.75 |
| 2197 | 10-Dec-09 | BERNARD RAFFERTY | 138.79 |
| 2201 | 10-Dec-09 | SEBASTIANO PUGLISI | 17.50 |
| 2204 | 10-Dec-09 | CHARLES KAUFMAN | 0.10 |
| 2216 | 14-Dec-09 | ELNAGGER FLORIDA LIMITED PARTNER | 0.05 |
| 2223 | 14-Dec-09 | GREGORY SCHNEIDER | 0.25 |
| 2227 | 14-Dec-09 | JAMES SCHRIVER & JAYNE SCHRIVER JTWROS | 0.18 |
| 2228 | 14-Dec-09 | PAUL R. HUERTA | 10.19 |
| 2232 | 14-Dec-09 | ED BROWN | 0.01 |

| | | | | | |
|---|---|---|---|---|---:|
| 2235 | 14-Dec-09 | PAUL HUERTA ROTH IRA | | | 0.06 |
| 2237 | 14-Dec-09 | HERMAN MORRIS | | | 0.01 |
| 2239 | 14-Dec-09 | JOHN JONES | | | 42.00 |
| 2244 | 14-Dec-09 | IAN CARLING & CHRISTINE CARLING JTWROS | | | 125.00 |
| 2245 | 14-Dec-09 | NICHOLAS CROYDON | | | 37.94 |
| 2247 | 14-Dec-09 | DAVID A.J. WILLIAMS | | | 200.86 |
| 2248 | 14-Dec-09 | PETER WOOLEY | | | 126.25 |
| 2252 | 14-Dec-09 | PETER TRUNG NGUYEN & KRISTINE PHAM JTWROS | | | 8.00 |
| 2254 | 14-Dec-09 | JING GUO & SONG ZHANG JTWROS | | | 8.00 |
| 2261 | 14-Dec-09 | STEVEN BONKOWSKI IRA | | | 1.00 |
| 2281 | 14-Dec-09 | SUSAN K CHAMBERS IRA | | | 7.29 |
| 2292 | 14-Dec-09 | JASON ELLES | | | 0.01 |
| 2293 | 14-Dec-09 | CLIVE BOUCH | | | 0.11 |
| 2296 | 15-Dec-09 | BELKIS D JORGE | | | 0.07 |
| 2301 | 15-Dec-09 | VILDANA FICI & VINCENT FICI | | | 0.33 |
| 2305 | 15-Dec-09 | LLOYD T JONES | | | 0.20 |
| 2310 | 15-Dec-09 | ROBERT K SCHUESSLING CUST FOR J C VESQUE | | | 0.20 |
| 2312 | 15-Dec-09 | SANFORD A CAMERON | | | 4.48 |
| 2321 | 15-Dec-09 | RHODA HOLLANDS | | | 0.65 |
| 2322 | 15-Dec-09 | M MARIO DI PIETRO | | | 78.00 |
| 2323 | 15-Dec-09 | MARINO DI PIETRO | | | 15.50 |
| 2331 | 15-Dec-09 | KENNETH P KING | | | 6.50 |
| 2332 | 15-Dec-09 | MICHAEL GATTO IRA | | | 1.40 |
| 2333 | 15-Dec-09 | GARY A GLASS & SUSAN GLASS JT TEN | | | 4.00 |
| 2336 | 15-Dec-09 | DR. STELLA M KAMANDA IRA | | | 2.50 |
| 2344 | 15-Dec-09 | BONITA LYNN CYRLIN | | | 0.54 |
| 2351 | 15-Dec-09 | HECTOR L PADRON & MARILYN PADRON JTWROS | | | 0.24 |
| 2353 | 15-Dec-09 | PHILIP D OSBORNE SEP IRA | | | 14.45 |
| 2356 | 25-Jan-10 | HARSELL REV TRUST | 81.42 | 2453 | |
| 2363 | 25-Jan-10 | LINDA D COOPER R/O IRA | | | 19.00 |
| | | | 155.97 | | 2,130.78 |
| | | | 4 | | 121 |