UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                Chapter 11

NORTH AMERICAN CLEARING, INC.,              Adversary Case No.: 6:08-ap-00145-KSJ

    Debtor.

_____/

**NOTICE THAT TRUSTEE HAS REMITTED
FUNDS TO THE CLERK OF THIS COURT**

NOTICE IS GIVEN that on October 29, 2014, pursuant to this Court's Order (i) Granting the Trustee's Motion to Treat Uncashed Customer Checks as Unclaimed Property Pursuant to 11 U.S.C. Section 347(a) [D.E. 554], entered August 21, 2014; and (ii) Granting Trustee's Motion with respect to Correspondent Brokers Who Have Failed to Deposit Distribution Checks [D.E. 550], entered July 21, 2014, the Trustee has mailed his check number 2458 in the amount of $2,261.50 and his check number 2459 in the amount of $11,573.02, respectively, to the Clerk of Court.

                                                          */s/ Hywel Leonard*
                                                          Hywel Leonard
                                                          Florida Bar No. 296376
                                                          Carlton Fields Jorden Burt, P.A.
                                                          P.O. Box 3239
                                                          Tampa, FL  33601-3239
                                                          Telephone:  (813) 223-7000
                                                          Facsimile:  (813) 229-4133
                                                          E-mail:  hleonard@cfjblaw.com
                                                          Attorneys for Trustee

36990953.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2014, I electronically filed the Notice That Trustee Has Remitted Funds to the Clerk of This Court with the Clerk of Court, by using the CM/ECF system thereby serving all registered users in this case.

*/s/ Hywel Leonard*
HYWEL LEONARD
Florida Bar No. 296376